# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: | : | Case No. 11-59617 |
|    Michael Robert Priddy | : | Chapter 13 (Judge Preston) |
|    Pamela Ann Priddy | : | |
| | : | |
|             Debtors | : | |
| | : | |

## NOTICE OF CHANGE OF ADDRESS

Come(s) now, Debtors, by counsel, and hereby give notice to the Court of the Debtors' new mailing address:

> Michael & Pamela Priddy
> 1470 Eckard Rd
> Centerburg OH 43011

All parties are instructed to adjust their records as necessary.

Respectfully submitted,

**/s/** Marshall D. Cohen
Marshall D. Cohen (0044066)
1500 West Third Avenue, Suite 400
Columbus, Ohio 43212
(614) 294 – 5040
Fax: (614) 291 – 5006
Email: notice@mdcohenlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been served upon the following registered ECF participants, electronically through the Court's transmission facilities at their e-mail addresses registered with the Court, or by U.S. Mail, postage prepaid to the parties listed below on December 16, 2015.

**Electronic Service:**
Office of the U.S. Trustee
Frank M. Pees, Chapter 13 Trustee
Marshall D. Cohen Esq.

**U.S. Mail Service:**
Michael & Pamela Priddy |1470 Eckard Rd |Centerburg, OH 43011

/s/ Marshall D Cohen
Marshall D. Cohen, Case Attorney (0044066)